UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROGER PIERCE,

    Plaintiff(s),

V.                            CASE NO. 03-74250
                              HON. NANCY G. EDMUNDS

ROBERT BURKHART, ET AL.,

    Defendant(s).
_____/

## ORDER OF DISMISSAL

The Court being notified that the parties have agreed to a settlement of the case;

Accordingly, the above-entitled action is **DISMISSED WITH PREJUDICE AND WITHOUT COSTS**. However, upon a showing of good cause, either party may move to vacate this order within a period of sixty (60) days from this date if the settlement is not consummated.

                              s/Nancy G. Edmunds
                              Nancy G. Edmunds
                              United States District Judge

Dated: October 5, 2005

I hereby certify that a copy of the foregoing document was served upon counsel of record on October 5, 2005, by electronic and/or ordinary mail.

                              s/Carol A. Hemeyer
                              Case Manager